UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLD TOLEDO BRANDS, INC.,

Plaintiff,

-v-

SCHENKER, INC. d/b/a SEA CARGO INTERNATIONAL,

Defendant.

Case No. 07 Civ 9496 (VM)(GWG)

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

PLAINTIFF OLD TOLEDO BRANDS, INC. DOES NOT HAVE ANY PARENT CORPORATION AND NO PUBLICLY HELD CORPORATION OWNS TEN (10%) OR MORE OF ITS STOCK.

Date: 23 Oct 07

Signature of Attorney

Attorney Bar Code: 4562

Form Rule7_1.pdf   SDNY Web 10/2007