UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: COOPER, BROWN & BEHRLE, P.C. - 49

---

OLD TOLEDO BRANDS, INC.

Index #: 07 CIV 9496

Plaintiff(s)

- against -

Date Filed:

SCHENKER, INC. D/B/A SEA CARGO INTERNATIONAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 29, 2007 at 11:15 AM at

BY CT CORPORATION SYSTEM
111 8TH AVENUE, 13TH FLOOR
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGES RILES on SCHENKER, INC. D/B/A SEA CARGO INTERNATIONAL, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NORA DINDYAL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & JUDGES RILES as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'4 | 120 |

Sworn to me on: October 30, 2007

| Linda Forman | Robin M. Forman | Larry Yee | DAVID GOLDBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 916033 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 516855 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |