```
KENNEDY LILLIS SCHMIDT & ENGLISH
John T. Lillis, Esq. (JL 0056)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Tel.:  212-430-0800
Fax:   212-430-0810
Attorneys for Defendant
SCHENKER INC., sued herein as
"SCHENKER INC. d/b/a SEA CARGO
INTERNATIONAL"
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OLD TOLEDO BRANDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07 Civ. 9496 (VM)(GWG) |
| - v. - | ) | |
| | ) | |
| SCHENKER, INC. d/b/a SEA CARGO | ) | CERTIFICATION PURSUANT |
| INTERNATIONAL, | ) | TO FED. R. CIV. P. 7.1 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Silverton Marine Corporation, Inc. hereby certifies that the following are corporate or other parents, subsidiaries and affiliates of that defendant, securities or other interests in which are publicly held:

None.

1

```
Dated: New York, New York
       November 12, 2007

                                   KENNEDY LILLIS SCHMIDT & ENGLISH
                                   Attorneys for Defendant


                                   By: s/John T. Lillis, Jr.
                                       John T. Lillis (JL 0056)
                                       75 Maiden Lane, Suite 402
                                       New York, New York 10038-4816
                                       Telephone:  212-430-0800
                                       File:  5251


TO:   COOPER, BROWN & BEHRLE, P.C.
      Attorneys for Plaintiff
      OLD TOLEDO BRANDS, INC.
      331 Madison Avenue, 2nd Floor
      New York, New York  10017
      Telephone:  212-957-9000
      Facsimile:  212-843-9191

      Attention:  Sandra G. Behrle, Esq. (SB 4652)
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of November, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

        COOPER, BROWN & BEHRLE, P.C.
        Attorneys for Plaintiff
        OLD TOLEDO BRANDS, INC.
        331 Madison Avenue, 2nd Floor
        New York, New York  10017
        Telephone:  212-957-9000
        Facsimile:  212-843-9191

        Attention:  Sandra G. Behrle, Esq. (SB 4652)

on this the 12th day of November , 2007.

                              <u>s/ John T. Lillis, Jr.</u>
                              John T. Lillis, Jr.