UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - - x

OLD TOLEDO BRANDS, INC.,

        Plaintiff,

   -against-

SCHENKER, INC., d/b/a
Sea Cargo International,

        Defendant.
- - - - - - - - - - - - - - - - x

07 Civ. 9496 (VM)(GWG)

**FILING OF CERTIFICATE OF GOOD STANDING**

**To the Clerk of the Court:**

    Pursuant to Local Civil Rule 1.3(c), filed herewith is a good standing certificate from the District of Columbia Court of Appeals for Brendan Collins, Esq.

Dated: New York, New York
      November 14, 2007

                       COOPER, BROWN & BEHRLE, P.C.

                       By: /s/ Sandra Gale Behrle
                       Sandra Gale Behrle (4652)
                       Attorneys for Plaintiff
                       Old Toledo Brands, Inc.
                       331 Madison Avenue
                       New York, New York 10017
                       Telephone: (212) 957-9000
                       Telefax:   (212) 843-9191

# United States District Court
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**BRENDAN COLLINS**

was, on the 5th day of August A.D. 1991 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 25th day of October A.D. 2007.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk