Case 1:07-cv-09496-VM    Document 7

Filed 11/15/2007    Page 8 of 9

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07

UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - - x
                                 :
OLD TOLEDO BRANDS, INC.,         :
                                 :
                Plaintiff,       :    07 Civ. 9496 (VM)(GWG)
                                 :
        -against-                :    **ORDER ADMITTING**
                                 :    **ATTORNEY PRO HAC VICE**
SCHENKER, INC., d/b/a            :
Sea Cargo International,         :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - x

**UPON** the reading and filing of the Affirmation in Support of Motion to Admit Attorney Pro Hac Vice of Sandra Gale Behrle, dated November 5, 2007, the Affirmation of Brendan Collins, dated November 2, 2007, and the filing of the Certificate of Good Standing of Brendan Collins from the District of Columbia Court of Appeals, dated October 25, 2007, it is hereby

**ORDERED**, that Brendan Collins, a member in good standing of the Bars of the District of Columbia and District of Maryland, be and hereby is admitted to this Court, pro hac vice, pursuant to Local Civil Rule 1.3(c).

Dated: New York, New York
       November 19, 2007

                                        E N T E R:

                                        _____
                                        Victor Marrero
                                        United States District Judge