UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - - x
                                :
OLD TOLEDO BRANDS, INC.,        :
                                :
              Plaintiff,        :        07 Civ. 9496 (VM)(GWG)
                                :
         -against-              :        **NOTICE OF MOTION**
                                :        **TO ADMIT ATTORNEY**
SCHENKER, INC., d/b/a           :        **PRO HAC VICE**
Sea Cargo International,        :
                                :
              Defendant.        :
- - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE,** that upon the annexed Affirmation in

Support of Motion to Admit Attorney Pro Hac Vice of Sandra Gale

Behrle, dated November 5, 2007, the Affirmation of Brendan Collins,

dated November 2, 2007, and the Certificate of the United States

District Court for the District of Columbia, plaintiff Old Toledo

Brands, Inc., by its attorneys Cooper, Brown & Behrle, P.C., will

move this Court for an Order pursuant to Local Civil Rule 1.3(c)

admitting Brendan Collins, Esq., as attorney, pro hac vice.

Dated: New York, New York
       November 14, 2007

                              COOPER, BROWN & BEHRLE, P.C.


                              By: _Sandra Gale Behrle_
                                 Sandra Gale Behrle (4652)
                              Attorneys for Plaintiff
                              331 Madison Avenue, 2nd Floor
                              New York, New York 10017
                              Telephone:(212) 957-9000

```
TO:

John T. Lillis, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, New York 10038-4816
```

UNITED STATES DISTRICT COURT
Southern District of New York

- - - - - - - - - - - - - - - x
                              :
OLD TOLEDO BRANDS, INC.,
                              :
            Plaintiff,            07 Civ. 9496 (VM)(GWG)
                              :
        -against-            **AFFIRMATION IN SUPPORT**
                              :   **OF MOTION TO ADMIT**
SCHENKER, INC., d/b/a            **PRO HAC VICE**
Sea Cargo International,       :

            Defendant.      :

- - - - - - - - - - - - - - - x


        Sandra Gale Behrle, an attorney admitted to practice
before the courts of the State of New York, affirms under penalties
of perjury and states:

        1.    I am an officer of Cooper, Brown & Behrle, P.C.,
attorneys of record for Plaintiff. I am attorney admitted to
practice before the Courts of this state since June 1974, First
Department.

        2.    I make this motion on my own knowledge for an Order
admitting my colleague, Brendan Collins, Esq., to appear as
attorney for plaintiff in the above-captioned action, pro hac vice.

        3.    As shown by the accompanying Affirmation of attorney
Collins, he is a member in good standing before the Bars of the
District of Columbia and the District of Maryland.

4.   I will continue my appearance as co-counsel for plaintiff in this matter.

**WHEREFORE,** movant respectfully requests an Order of this Court admitting Brendan Collins, Esq., to practice before this Court, <u>pro hac vice</u>.

Dated:  New York, New York
        November 5, 2007

_____
Sandra Gale Behrle (4652)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLD TOLEDO BRANDS, INC.,                     :
                                             :
                          Plaintiff,         :       Civil Action No. 07 Civ. 9496
                                             :                        _____
v.                                           :
                                             :
SCHENKER, INC.,                              :       A F F I R M A T I O N
d/b/a Sea Cargo International,               :
                                             :
                          Defendant.         :
                                             :

---

Brendan Collins affirms and states:

1.      I am a partner in the law firm of Galland Kharasch Greenberg Fellman & Swirsky,

PC, attorneys for plaintiff Old Toledo Brands, Inc. in the above-referenced litigation.  I make this

affirmation to support the motion for my admission *pro hac vice*.

2.      The law firm of Galland Kharasch Greenberg Fellman & Swirsky, PC, whose

principal place of business is 1054 Thirty-First Street, NW, Washington, DC, 20007, has a local,

regional and international practice and is regular counsel to plaintiff Old Toledo Brands, Inc.

3.      I am a graduate of George Washington University School of Law.  I am a member

of the Maryland Bar (admitted 1986) and the District of Columbia Bar (#413658, admitted 1988).

I am admitted to the following courts:  U.S.D.C. for the District of Columbia (admitted 08/05/91),

U.S.D.C. for the District of Maryland (Southern District) (Fed. Bar No. 17065, admitted 07/09/07),

5th Circuit Court of Appeals (admitted 12/18/98), and 10th Circuit Court of Appeals (admitted

09/09/97).  There are no disciplinary proceedings filed or pending against me in any jurisdiction.

Attached hereto is a certificate issued by the Clerk of the United States District Court for the District

of Columbia certifying that I am a member of that Bar in good standing.

4.    Based on the foregoing, it is respectfully requested that the Court permit my *pro hac vice* admission.

Dated:  November 2, 2007

_____

Brendan Collins
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC  20007
Telephone:    202/342-5200
Facsimile:     202/342-5219
Email:          bcollins@gkglaw.com

Counsel for Plaintiff
OLD TOLEDO BRANDS, INC.

UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - x
                                    :
OLD TOLEDO BRANDS, INC.,
                                    :
                Plaintiff,          :        07 Civ. 9496 (VM)(GWG)
                                    :
        -against-                   :        **FILING OF CERTIFICATE
                                    :        OF GOOD STANDING**
SCHENKER, INC., d/b/a
Sea Cargo International,             :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - x

**To the Clerk of the Court:**


        Pursuant to Local Civil Rule 1.3(c), filed herewith is a

good standing certificate from the District of Columbia Court of

Appeals for Brendan Collins, Esq.


Dated: New York, New York
       November 14, 2007


                                COOPER, BROWN & BEHRLE, P.C.

                                By: _____
                                    Sandra Gale Behrle (4652)
                                    Attorneys for Plaintiff
                                    Old Toledo Brands, Inc.
                                    331 Madison Avenue
                                    New York, New York 10017
                                    Telephone: (212) 957-9000
                                    Telefax:   (212) 843-9191

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### BRENDAN   COLLINS

was, on the  5th  day of  August  A.D.  1991  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  25th  day of  October  A.D. 2007.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
**Deputy Clerk**

UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - x
                       :
OLD TOLEDO BRANDS, INC.,
                       :
           Plaintiff,     :     07 Civ. 9496 (VM)(GWG)
                       :
      -against-       **ORDER ADMITTING**
                       :     **ATTORNEY PRO HAC VICE**
SCHENKER, INC., d/b/a
Sea Cargo International,    :

           Defendant.  :

- - - - - - - - - - - - - - x

**UPON** the reading and filing of the Affirmation in Support of Motion to Admit Attorney <u>Pro</u> <u>Hac</u> <u>Vice</u> of Sandra Gale Behrle, dated November 5, 2007, the Affirmation of Brendan Collins, dated November 2, 2007, and the filing of the Certificate of Good Standing of Brendan Collins from the District of Columbia Court of Appeals, dated October 25, 2007, it is hereby

**ORDERED,** that Brendan Collins, a member in good standing of the Bars of the District of Columbia and District of Maryland, be and hereby is admitted to this Court, pro hac vice, pursuant to Local Civil Rule 1.3(c).

Dated: New York, New York
      November   , 2007

                     E N T E R:

                     _____
                     United States District Judge

## Certificate of Service

        I hereby certify that on the 14th day of November, 2007, I caused to be mailed a true copy of the within Notice of Motion to Admit Attorney Pro Hac Vice, via first class mail, addressed as follows:

> John T. Lillis, Esq.
> Kennedy Lillis Schmidt & English
> Attorneys for Defendant
> 75 Maiden Lane, Suite 402
> New York, New York 10038-4816

                     Sandra Gale Behrle (4652)