# GALLAND, KHARASCH, GREENBERG, FELLMAN & SWIRSKY, P.C.

ATTORNEYS AT LAW

CANAL SQUARE    1054 THIRTY-FIRST STREET, NW    WASHINGTON, DC 20007-4492
TELEPHONE: 202/342-5200   FACSIMILE: 202/342-5219

RICHARD BAR
DEREK A. BLOOM
BRENDAN COLLINS
STEVEN JOHN FELLMAN
EDWARD D. GREENBERG
KATHARINE FOSTER MEYER
TROY A. RULE
DAVID P. STREET
KEITH G. SWIRSKY

DAVID G. SHANNON

ROBERT N. KHARASCH
JOHN CRAIG WELLER

GERSON F. GALLAND (1916-1985)

MINNESOTA OFFICE
700 TWELVE OAKS CENTER DRIVE, SUITE 204
WAYZATA, MN  55391
(T) 952-449-8817  (F) 952-449-0614

WRITER'S DIRECT E-MAIL ADDRESS
bcollins@gkglaw.com

WRITER'S DIRECT DIAL NUMBER
202/342-6793

MEMORANDUM ENDORSED

May 14, 2008

USDC SDNY
DOCUMENT
5/14/08

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Old Toledo Brands, Inc. V. Schenker, Inc., d/b/a/ Sea Cargo International
07-Civ 9496 (VM) (GWG)

Dear Judge Gorenstein:

Pursuant to Your Honor's request, the attorneys in the above-captioned matter have consulted and the parties have agreed to the following discovery and summary judgment deadlines.

October 3, 2008: Discovery to be completed.

October 31, 2008: *Request to make* Summary judgment motions to be ~~filed~~. *sent by letter to Judge Marrero*

Very truly yours,

Brendan Coll

Brendan Collins

SO ORDERED:    DATE: 5/14/08

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

⊕ INTERLAW

*An International Association of Independent Law Firms in Major World Centers*